UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER E. HOWELL, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:25-CV-01771 JMB |
| | ) |
| MISSOURI DEPT. OF CORR., et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. Self-represented Plaintiff Alexander Howell, III, an inmate at Missouri Eastern Correctional Center (MECC), filed this civil rights action for monetary damages and injunctive relief on December 2, 2025. [ECF No. 1]. However, Plaintiff neither paid the Court filing fee nor filed a motion to proceed without prepayment of fees or costs. Plaintiff must do one or the other for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1). If Plaintiff files a motion seeking leave to commence this action without prepaying fees or costs, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint.[1] *See* 28 U.S.C. § 1915(a)(2). Plaintiff's failure to timely pay the filing fee or file a motion seeking leave to commence this action without payment of fees or costs may result in the dismissal of this case, without prejudice and without further notice.

Accordingly,

---

[1]The Court notes that while incarcerated, Plaintiff has brought at least three civil actions in federal court that were dismissed as frivolous, malicious, or for failure to state a claim. *See Howell v. Dep't of Just. Servs.,* No. 4:21-cv-1000-HEA (E.D. Mo.) (dismissed Oct. 29, 2021, for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)); *Howell v. Saint Louis City,* No. 4:21-cv-1430-NCC (E.D. Mo.) (dismissed Apr. 15, 2022, for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)); *Howell v. Gettinger*, No. 4:23-cv-464-CDP (E.D. Mo.) (dismissed May 12, 2023, for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)). Thus, it is unlikely he will be granted in forma pauperis status if he seeks to proceed without prepaying the fees or costs in this action.

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a blank Application to Proceed in District Court without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit a motion to proceed without prepaying fees or costs within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that, if Plaintiff files a motion seeking leave to commence this action without prepaying fees or costs, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 13th day of January, 2026.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE