**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALEXANDER HOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-1771 HEA |
| | ) | |
| MISSOURI DEPT. OF CORR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION, MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff Alexander Howell's motion for extension of time "for the previous or last court ordered issued [sic] due to the transfer and non-reception of any previous orders or docs." [ECF No. 10]. Plaintiff indicates he was transferred from Missouri Eastern Correctional Center (MECC) to South Central Correctional Center (SECC), but he does not state the date of his transfer.

This matter was dismissed on March 2, 2026. [ECF Nos. 7 and 8]. Plaintiff's claims in his complaint, except for his claims relating to his broken thumb, were severed and dismissed pursuant to Federal Rule of Civil Procedure 21, and the remaining claims in his complaint were dismissed pursuant to 28 U.S.C. § 1915(g), due to Plaintiff's "three strike" status. As it appears that Plaintiff did not receive the Opinion, Memorandum and Order and Order of Dismissal issued on March 2, 2026, the Court will respectfully request that the Clerk provide Plaintiff with a copy of these documents at his new address. As there are currently no pending Court deadlines, Plaintiff's request for extension will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for extension of time [ECF No. 10] is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the Clerk shall provide Plaintiff copies of the Opinion, Memorandum and Order and Order of Dismissal, ECF Nos. 7 and 8, at his new address at South Central Correctional Center.

**IT IS FURTHER ORDERED** that an appeal of this action would not be taken in good faith.

Dated this 6<u>th</u> day of March, 2026.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

2